**Benjamin H. KEITH, III,**
**Plaintiff—Appellant,**

v.

**COMMISSIONER OF SOCIAL SE-**
**CURITY ADMINISTRATION,**
**Defendant—Appellee.**

No. 04–1925.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 30, 2004.

Decided Dec. 23, 2004.

Benjamin H. Keith, III, Appellant pro se. John Walter Sippel, Jr., Ariana Wright Arnold, Divya Bharadwaja, Neil Ray White, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Benjamin H. Keith, III, appeals the magistrate judge's decision* upholding the decision of the Commissioner of the Social Security Administration to deny Keith's application for additional retirement benefits under 42 U.S.C. § 417 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *See Keith v. Commissioner of SSA,* No. CA–01–131–1–JKB (D. Md. filed June 16, 2004; entered June 17, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* The parties consented to the jurisdiction of the magistrate judge. 28 U.S.C. § 636(c) (2000).